UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Mark Falk

v. : Mag. No. 09-3620

LEVY IZHAK ROSENBAUM : <u>ORDER FOR CONTINUANCE</u>

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Mark McCarren, Assistant U.S. Attorney, appearing), and defendant Levy Izhak Rosenbaum (by Richard Finkel, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of approximately thirty days to allow defendant to review certain discovery and to allow the parties to undertake any plea negotiations, and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant desires time to review certain discovery, and the United States and the defendant desire additional time to undertake any plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE IT IS on this ___8___ day of June 2010,

ORDERED that this action be, and hereby is, continued for a period of approximately 30 days from June 8, 2010, through and including July 8, 2010; and it is further

ORDERED that the period from June 8, 2010, through and including July 8, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MARK FALK
United States Magistrate Judge

I hereby consent to the
entry and form of this Order

Paul J. Fishman
United States Attorney

_____
By: Maureen Nakly
Assistant U.S. Attorney

_____
Richard Finkel, Esq.
Counsel for defendant Rosenbaum